PER CURIAM.
Affirmed. C.U. Associates, Inc. v. R.B. Grove, Inc., 472 So.2d 1177 (Fla.1985); Mariani v. Schleman, 94 So.2d 829 (Fla.1957); Jockey Club, Inc. v. Bleemer, Levine & Associates Architects and Designers, Inc., 413 So.2d 433 (Fla. 3d DCA 1982); Clements v. Plummer, 250 So.2d 287 (Fla. 1st DCA 1971); Beautyware Plumbing Supply Co., Inc. v. Columbiad Apartments, Inc., 215 So.2d 42 (Fla. 4th DCA 1968); Section 59.041 Florida Statutes (1985).